UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MONICA BATISTE o.b.o. NB** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2348-LMA-SS** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Monica Batiste, o/b/o of N.B. (Rec. doc. 18), which is hereby **OVERRULED**, approves the Magistrate Judge's Findings Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that: (1) the cross-motion of the defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration ("Commissioner"), for summary judgment (Rec. doc. 16) is **GRANTED**; and (2) the motion of the plaintiff, Monica Batiste o/b/o N.B., for summary judgment (Rec. doc. 15) is **DENIED**.

New Orleans, Louisiana, this 11th day of August, 2015.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE